# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2422 Disciplinary Docket No. 3 |
| | : |
| BRIAN P. MEEHAN | : Board File No. C2-17-712 |
| | : |
| | : (Philadelphia Court of Common Pleas, |
| | : Criminal Division, No. CP-51-CR- |
| | : 0001685-2015) |
| | : |
| | : Attorney Registration No. 49554 |
| | : |
| | : (Delaware County) |

## ORDER

**PER CURIAM**

**AND NOW**, this 6th day of November, 2017, upon consideration of the Joint Petition for Temporary Suspension, Brian P. Meehan is placed on temporary suspension, *see* Pa.R.D.E. 214(d)(5), and he shall comply with all the provisions of Pa.R.D.E. 217. Respondent's right to petition for dissolution or amendment of this Order and to request accelerated disposition of charges underlying this Order pursuant to Pa.R.D.E. 214(f)(2) are specifically preserved.